**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | Case No. 1:16-PO-00074-SAB |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| REX COOK, | ) | |
| Defendant. | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

    **Convicted of:**    Removing Any Natural Feature

    **Sentence Date:**    July 21, 2016

    **Review Hearing Date:** June 15, 2017

    **Probation Expires On:** July 17, 2017

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $285.00 which Total Amount is made up of a Fine: $ N/A Special Assessment: $ 25.00 Processing Fee: $ N/A Restitution: $ 285.00

☒ Payment schedule of $ 50.00 per month by the 15th of each month.

☒ **Community Service hours Imposed of:** 45

☐ **Other Conditions:**

*COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 285.00
    ☐ If not paid in full when was last time payment:    Date:
        Amount:

☒ To date, Defendant has performed 46.75 hours of community service.

☐ Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: 6/2/2017             /S/ Michael G. Tierney
                            Michael G. Tierney,
                            Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at     Choose an item.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 6/1/2017             /S/ Brian C. Andritch
                            Attorney BRIAN C. ANDRITCH

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **June 14, 2017**

UNITED STATES MAGISTRATE JUDGE